**BECK, Appellant,**

v.

**Judge Richard H. KYLE; Magistrate Judge Franklin L. Noel; Kari Jo Ferguson; Stephen C. Rathke; Mark W. Hardy; Mary R. Vasaly; Warden Jessica Symmes; Kathy Reid; Dr. Stephen Craane; Warden Robert Feneis; Jannette Wilson, Appellees.**

No. 06–3997.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 7, 2007.

Filed: March 15, 2007.

Beck, Stillwater, MN, pro se.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Beck, a Minnesota prisoner, appeals the magistrate judge's[1] order requiring him either to pay the full filing fee if he wishes to pursue all of his claims, or to pay an initial partial filing fee if he wishes to pursue only his medical-needs claim. We dismiss the appeal for lack of jurisdiction. The magistrate judge's order is nonfinal, and it is not immediately appealable as a collateral order because it grants in forma pauperis status in part and is not effectively unreviewable on appeal from final judgment. *See* 28 U.S.C. § 1291 (appellate jurisdiction over appeals from final orders of district courts); *Kassuelke v. Alliant Techsys., Inc.*, 223 F.3d 929, 931 (8th Cir. 2000) (collateral-order exception).

Accordingly, we dismiss this appeal. We also deny Beck's motion for appointment of counsel.

---

1. The Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.